IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY (a/s/o MICHAEL SAYLOR), | : : : : | CIVIL ACTION |
| Plaintiff | : : | |
| v. | : : | NO. 2:21-CV-01731-GEKP |
| BROAN-NuTONE, LLC, | : : | |
| Defendant | : | **JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED.R.CIV. P. 41(1)(A)(ii)**

**IT IS STIPULATED** by and between Plaintiff and Defendant pursuant to Fed.R.Civ.P. 41(1)(A)(ii) that Plaintiff's Complaint and all claims and causes of action asserted by Plaintiff in the above-captioned action are **DISMISSED WITH PREJUDICE** with all parties to bear their own costs and fees.

| **LAW OFFICES OF DONNA M. DiPIETRO** | **GOLDBERG SEGALLA LLP** |
|---|---|
| BY:  */s/ Steven J. Payne*<br>     Steven J. Payne, Esquire (PA90816)<br>     1601 Market Street, Suite 1040<br>     Philadelphia, PA 19103<br>     (215) 762-9419 (Telephone)<br>     Email: Paynes7@nationwide.com<br><br>     *Attorney for Plaintiff* | BY:  */s/ Robert J. Hafner*<br>     Robert J. Hafner, Esquire (PA44105)<br>     1700 Market Street, Suite 1418<br>     Philadelphia, PA 19103-3907<br>     (609) 986-1377 (Telephone)<br>     (609) 986-1301 (Facsimile)<br>     Email: rhafner@goldbergsegalla.com<br><br>     *Attorney for defendant, Broan-NuTone, LLC* |

Dated:  August 20, 2021